ISIDOR SILVERSTEIN, Respondent, v. EXCITING FASHIONS INC. et al., Appellants.— In a purported stockholders' derivative action, order denying defendants' motion to dismiss the complaint under subdivisions 2 and 4 of rule 106 of the Rules of Civil Practice, reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs. The complaint does not allege ultimate facts showing that plaintiff is the legal or equitable owner of stock of the defendant corporation. Such an action may only be prosecuted in the right of the corporation. The naked allegation that plaintiff is the " beneficial owner " of stock is insufficient without allegations of ultimate fact to sustain such a conclusory allegation, especially where it is alleged that the stock involved is held in the name of an undisclosed nominee. (*Miller* v. *Miller*, 256 App. Div. 846, affd. 280 N. Y. 716, and cases cited therein.) Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur. [See *post*, p. 898.]

IDA SUSKAUER, as Administratrix of the Estate of WILLIAM SUSKAUER, Deceased, Respondent, v. HYMAN HELD, Appellant.— Plaintiff's intestate and the defendant were partners in a plumbing and steam fitting business up to the time of the said intestate's death. This action was brought to compel defendant, as the surviving partner, to render an accounting and for other relief. Defendant appeals from an order denying his motion for judgment on the pleadings on the grounds that the amended complaint fails to set forth facts sufficient to constitute a cause of action and that the action was brought prematurely. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

VERNON LUMBER CORPORATION, Appellant, v. RICHARD S. READE, Respondent. — In an action to recover damages for breach of an alleged contract for the sale and delivery of lumber by defendant to plaintiff, plaintiff appeals from a judgment rendered after trial in favor of defendant, and also from the decision of the trial court. Judgment unanimously affirmed, with costs. No opinion. Appeal from the decision dismissed. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.